1  SLATER HERSEY & LIEBERMAN LLP
    A Limited Liability Partnership
2  MARK K. SLATER, Cal. Bar No. 129742
    mslater@slaterhersey.com
3  SCOTT LIEBERMAN, Cal. Bar No. 208764
    slieberman@slaterhersey.com
4  ELISE K. SARA, Cal. Bar No. 253813
    esara@slaterhersey.com
5  18301 Von Karman Ave., Suite 1060
   Irvine, California 92612
6  Telephone:   949-398-7500
   Facsimile:   949-398-7501
7
   Attorneys for Defendants
8  DEAN RICHARDS MARKS
   and SARILEE MARKS
9

10                     UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12                            SACRAMENTO DIVISION

13

14  PLATTE RIVER INSURANCE COMPANY,        Case No. 2:14-CV-01666-WBS-EFB
    a Nebraska corporation,
15                                          **STIPULATION AND [~~PROPOSED~~]
                   Plaintiff,                ORDER SETTING ASIDE DEFAULT**
16
           v.
17
    PREMIER POWER RENEWABLE
18  ENERGY, INC., a California corporation;
    DEAN RICHARDS MARKS, an individual;
19  and SARILEE MARKS, an individual,

20                 Defendants.

21

22

23

24

25

26

27

28

Plaintiff Platte River Insurance Company ("Plaintiff") and Defendants Dean Richards Marks and Sarilee Marks ("Defendants"), by and through their attorneys, agree as follows:

WHEREAS Plaintiff filed a Complaint against Defendants in the Eastern District of California on July 15, 2014;

WHEREAS Defendants were served with the Summons and Complaint on August 8, 2014;

WHEREAS Defendants did not respond to the Complaint by August 29, 2014;

WHEREAS Plaintiff requested Entry of Default against Defendants, and Default was entered against Defendants by the Clerk on September 3, 2014;

WHEREAS the parties have stipulated to set aside the Entry of Default against Defendants;

IT IS THEREFORE STIPULATED that the Default entered September 3, 2014 against Defendant Dean Richards Marks, and the Default entered September 3, 2014 against Defendant Sarilee Marks, are set aside; Defendants will file an Answer to the Complaint on or before September 18, 2014.

Dated: September 9, 2014

WOLKIN CURRAN, LLP

By   */s/ James D. Curran* (authorized on September 9, 2014)
JAMES D. CURRAN
Attorney for Plaintiff
PLATTE RIVER INSURANCE COMPANY

Dated:  September 9, 2014

SLATER HERSEY & LIEBERMAN LLP

By   */s/ Mark K. Slater*
MARK K. SLATER
Attorney for Defendants
DEAN RICHARDS MARKS and
SARILEE MARKS

-1-

Case No. 2:14-CV-01666-WBS-EFB    STIPULATION AND [PROPOSED] ORDER SETTING ASIDE DEFAULT

# ORDER

GOOD CAUSE HAVING BEEN SHOWN AND THE PARTIES HAVING STIPULATED TO THE SAME, the Court finds the above-stated STIPULATION is sanctioned by the Court and shall be and now is the Order of the Court.  The Default entered against Defendant Dean Richards Marks on September 3, 2014, is hereby set aside.  The Default entered against Defendant Sarilee Marks on September 3, 2014, is hereby set aside.  Defendant Dean Richards Marks and Defendant Sarilee Marks will file an Answer to the Complaint on or before September 18, 2014.

**IT IS SO ORDERED.**

**Dated:  September 10, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE