James D. Curran, Esq.  (SBN 126586)
Shashauna Szczechowicz, Esq.  (SBN 249102)
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328
E-mail:           jcurran@wolkincurran.com
                    sszczechowicz@wolkincuran.com

Attorneys for Plaintiff
PLATTE RIVER INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>Defendants. | Case No. 2:14-CV-01666-WBS-EFB<br><br>**[Proposed] ORDER ON PLATTE RIVER INSURANCE COMPANY'S APPLICATION FOR RIGHT TO ATTACH ORDER AND WRITS OF ATTACHMENT, OR IN THE ALTERNATIVE, FOR TEMPORARY PROTECTIVE ORDER**<br><br>Date:    December 10, 2014<br>Time:    10:00 a.m.<br>Courtroom:    8, 13th Floor<br>Judge: Hon. Judge Edmund F. Brennan |

The *Application for Writ of Attachment to Right to Attach Order and Writs of Attachment, or in the Alternative, for Temporary Protective Order* ("the Application"), filed by Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River"), was heard by the Honorable Magistrate Judge Edmund F. Brennan on December 10, 2014.

1.

James D. Curran of Wolkin · Curran, LLP appeared on behalf of Platte River, and Mark K. Slater of Slater Hersey & Lieberman, LLP appeared on behalf of Defendants DEAN RICHARD MARKS and SARILEE MARKS ("Defendants").

After considering all the papers filed in support of, and in opposition to, the Application, as well as oral argument by the parties' respective counsel, the Court ordered as follows.

1. Supplemental briefs, with references to specific real and personal property(ies), will be filed with the Court as follows:

    1.1 Platte River will file a supplemental brief on or before January 20, 2015.

    1.2 Defendants will file any opposition brief to Platte River's supplemental brief on or before February 3, 2015.

    1.3 Platte River will file any reply brief on or before February 18, 2015.

2. Further hearing on the Application and the supplemental briefs will be at 10:00 am on February 18, 2015, before the Honorable Magistrate Judge Edmund F. Brennan in Courtroom 8 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, California.

3. Up to and including February 18, 2015, the Court issues the following Temporary Protective Order, prohibiting Defendants from transferring or encumbering, directly or indirectly, any interest in any real property and personal property, as follows:

    3.1 Defendants are prohibited from transferring or encumbering, directly or indirectly, any interest in any real property, subject to a two (2) week written notice to Platte River prior to any transfer or encumbrance.

    3.2 Except for payments related to Defendants' ordinary bills (e.g., mortgage, utility, health, car, insurance, legal expenses in this case only), Defendants are prohibited from transferring or encumbering, directly or indirectly, any personal property or other assets with a value of Five Thousand Dollars ($5,000) or more.

3.3 Defendants shall be able to pay all ordinary bills (e.g., mortgage, utility, health, car, insurance, legal expenses in this case only) during the period of the Temporary Protective Order, subject to Defendants providing Platte River with an accounting of any payments that exceed Five Thousand Dollars ($5,000).

3.4 Defendants shall be able to pay the attorney's fees and costs in the total amount of ($5,000) incurred in the action filed in the District Court, County of Douglas, Colorado, Case No. 2013 CV 348 ("the Colorado Action").  Defendants shall provide Platte River with redacted (i.e., the substance of the attorney-client communications not shown) copies of all invoices for the attorney's fees and costs claimed to be paid under the $5,000.

**IT IS SO ORDERED.**

Dated: January 16, 2015.

_____
Edmund F. Brennan
Magistrate Judge
United States District Court


**Approved as to form and content.**

Dated:  January 15, 2015          WOLKIN • CURRAN, LLP

                                  By:      */s/ James D. Curran*
                                  James D. Curran
                                  Shashauna Szczechowicz
                                  Attorneys for Plaintiff
                                  PLATTE RIVER INSURANCE COMPANY


Dated:  January 15, 2015          SLATER, HERSEY & LIEBERMAN, LLP

                                  By:      */s/ Mark K. Slater*
                                  Mark K. Slater
                                  Scott Lieberman
                                  Elise K. Sara
                                  Attorneys for Defendants
                                  DEAN RICHARDS MARKS, and
                                  SARILEE MARKS

3.

[PROPOSED] ORDER ON PLATTE RIVER'S APPLICATION     CASE NO. 2:14-CV-01666-WBS-EFB
FOR RIGHT TO ATTACH/WRIT OF ATTACHMENT