SLATER HERSEY & LIEBERMAN LLP
   A Limited Liability Partnership
MARK K. SLATER, Cal. Bar No. 129742
   mslater@slaterhersey.com
SCOTT LIEBERMAN, Cal. Bar No. 208764
   slieberman@slaterhersey.com
ELISE K. SARA, Cal. Bar No. 253813
   esara@slaterhersey.com
18301 Von Karman Ave., Suite 1060
Irvine, California  92612
Telephone:     949-398-7500
Facsimile:     949-398-7501

Attorneys for Defendants
DEAN RICHARDS MARKS
and SARILEE MARKS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>                     Plaintiff,<br><br>          v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>                     Defendants. | Case No. 2:14-CV-01666-WBS-EFB<br><br>**ORDER RE DEFENDANTS DEAN RICHARDS MARKS AND SARILEE MARKS REQUEST FOR TELEPHONIC APPEARANCE AT JULY 6, 2015 STATUS CONFERENCE**<br><br>Date:  July 6, 2015<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 5, 14th Floor |

## ORDER

The Court hereby grants Counsel for Dean Marks and Sarilee to appear telephonically at the status conference set for hearing July 6, 2015, at 2:00 p.m. Counsel can be reached at 949.398.7502. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated:  June 30, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED ORDER]
REQUEST FOR TELEPHONIC APPEARANCE