1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
                              ----oo0oo----
11

12 | PLATTE RIVER INSURANCE | RELATED CASE ORDER
   | COMPANY, a Nebraska
13 | corporation,
14 |         Plaintiff,    | CIV. NO. 2:14-1666 WBS EFB
15 |    v.
16 | PREMIER POWER RENEWABLE
   | ENERGY, INC., a California
17 | corporation, DEAN RICHARD
   | MARKS, an individual, and
18 | SARILEE MARKS, an individual,
19 |         Defendants.
20 |_____
21 | PLATTE RIVER INSURANCE        | CIV. NO. 2:15-1747 JAM DAD
   | COMPANY, a Nebraska
22 | corporation,
23 |         Plaintiff,
24 |    v.
25 | DEAN RICHARD MARKS, an
   | individual; SARILEE MARKS, an
26 | individual; THE MARKS LIVING
   | TRUST dated September 11,
27 | 2012, a California Trust;
   | DEAN RICHARD MARKS, as
28

1

Trustee of THE MARKS LIVING TRUST; SARILEE MARKS, as Trustee of THE MARKS LIVING TRUST; EAGLE RIDGE, LLC, a business entity form unknown, and DOES 1 through 20, inclusive,

     Defendants.

----oo0oo----

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because they involve the same parties and similar claims. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

   The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

   IT IS THEREFORE ORDERED that the actions denominated PLATTE RIVER INSURANCE COMPANY v. PREMIER POWER RENEWABLE ENERGY, et al, Civ. No. 2:14-1666 WBS EFB, and PLATTE RIVER INSURANCE COMPANY V. DEAN RICHARD MARKS, et al, Civ. No. 2:15-1747 JAM DAD, be, and the same hereby are, deemed related and the case denominated PLATTE RIVER INSURANCE COMPANY V. DEAN RICHARD MARKS, et al, Civ. No. 2:15-1747 JAM DAD, shall be assigned to Senior District Judge William B. Shubb and Magistrate Judge Edmund F.

Brennan.  Henceforth, the caption on documents filed in that case shall be shown as PLATTE RIVER INSURANCE COMPANY V. DEAN RICHARD MARKS, et al, Civ. No. 2:15-1747 WBS EFB.

        IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this assignment.

Dated:  August 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE