UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>Defendants. | No. 2:14-cv-1666-WBS-EFB<br><br><br><br>ORDER |

On September 17, 2015, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 17, 2015, are ADOPTED;

/////

   2. Platte River's motion for a writ of attachment is granted in part as detailed in the magistrate judge's findings and recommendations; and

   3. The Clerk is directed, after Platte River files a $10,000 undertaking, to issue a writ that would attach only to the property subject to attachment as set forth in the September 17, 2015 findings and recommendations, and, within that list, only such property as is necessary to secure an obligation in the amount of $1,094,706.93 ($1,011,121.60 for claims made on the Bonds and $83,585.33 for attorneys' fees).

Dated:  October 23, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE