UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>　　　　　　　　Defendants. | Case No. 2:14-CV-01666-WBS-EFB<br><br>**ORDER DENYING DEAN RICHARD MARKS AND SARILEE MARKS REQUEST FOR TELEPHONIC APPEARANCE AT <u>DECEMBER 14, 2015</u> MOTION FOR SUMMARY JUDGMENT HEARING** |

　　　　Because the court will require oral argument on the motion for summary judgment and would prefer the presence of counsel, considering the proximity of counsel's office to the court, the request to appear telephonically at the hearing is DENIED.

IT IS SO ORDERED.

Dated:  December 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_William B. Shubb_
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE