UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARD MARKS, an individual; and SARILEE MARKS, an individual,<br><br>      Defendants. | Civ. No. 2:14-1666 WBS EFB<br><br><u>ORDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT</u> |

----oo0oo----

Plaintiff Platte River Insurance Company brought this action against defendants Premier Power Renewable Energy, Inc., Dean Richard Marks, and Sarilee Marks, asserting claims for breach of an indemnity contract, specific performance, injunctive relief, and <u>quia timet</u>. (Compl. (Docket No. 1).) Plaintiff now moves for partial summary judgment on its claim for breach of the indemnity contract against defendants Dean Richard Marks and Sarilee Marks ("defendants") pursuant to Federal Rule of Civil

1

1  Procedure 56.  (Docket No. 48.)[1]

2  The indemnity contract required defendants to indemnify
3  plaintiff "against all demands, claims, loss, costs, damages,
4  expenses and fees including any attorneys' fees" that plaintiff
5  incurred as a result of issuing a certain payment bond.  (Wills
6  Decl. ¶¶ 8-12, Ex. 1 § 2, Ex. 2 (Docket No. 48-3).)  The contract
7  also entitled plaintiff to twelve percent per annum interest on
8  any unpaid amounts.  (Id. ¶ 40, Ex. 1 § 10, Ex. 2.)

9  Plaintiff contends that it incurred $1,217,078.56 in
10 losses and attorney's fees as a result of claims made against the
11 payment bond, plus $117,622.58 in interest pursuant to the twelve
12 percent contractual rate.  (Id. ¶¶ 28-41, Exs. 4-5.)  As a
13 result, plaintiff moves for a total judgment of $1,334,701.14.
14 (Id. ¶ 42; Mem. at 15 (Docket No. 48-1).)  Plaintiff also
15 contends that there is no evidence to support any of defendants'
16 affirmative defenses.  (Wills Decl. ¶ 42; Mem. at 15.)

17 Defendants filed a statement of non-opposition to
18 plaintiff's summary judgment motion.  (Docket No. 52.)  A
19 statement of non-opposition is filed by "[a] responding party who
20 has no opposition to the granting of the motion."  E.D. Cal. L.R.
21 230(c).

22 Accordingly, good cause appearing, IT IS HEREBY ORDERED
23 that plaintiff's motion for partial summary judgment on its first
24 cause of action for breach of the indemnity contract be, and the
25 same hereby is, GRANTED.  The hearing set for December 14 at 1:30

---

[1] Defendant Premier Power Renewable Energy, Inc. has failed to file a responsive pleading and plaintiff has separately moved for default judgment against it.  (Docket No. 49.)

2

1 | p.m. is hereby VACATED.

Dated:  December 9, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE