James D. Curran, Esq.  (SBN 126586)
Shashauna Szczechowicz, Esq.  (SBN 249102)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
E-mail:  JCurran@wolkincurran.com
E-mail:  SSzczechowicz@wolkincurran.com

Attorneys for Plaintiff
PLATTE RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>Defendants. | Case No. 2:14-CV-01666-WBS-EFB<br><br>**STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TO CONTINUE THE TRIAL; AND [~~PROPOSED~~] ORDER THEREON**<br><br>Final Pretrial Conference<br>Date:  January 19, 2016<br>Time: 2:00 p.m.<br>Courtroom No. 5<br><br>Jury Trial<br>Date:  March 22, 2016<br>Time: 9:00 a.m.<br>Courtroom No. 5 |

Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River"), and Defendants DEAN RICHARD MARKS and SARILEE MARKS for good cause shown below, hereby stipulate and respectfully request to modify the Court's Scheduling Order, entered on July 1, 2015 (Document 41), in order to continue (1) the Final Pretrial Conference, currently set for January 19, 2016; and (2) the trial in this matter, currently set for March 22, 2016.

1.

In support of this Stipulation, Platte River and Defendants state as follows:

1. On December 9, 2015, the Court entered an *Order Re Motion for Partial Summary Judgment*, wherein the Court granted partial summary judgment in favor of Platte River, and against Defendants DEAN RICHARD MARKS and SARILEE MARKS (collectively, "the Marks"), on Platte River's first cause for breach of the indemnity contract. (Document 53.)

2. As to the remaining Defendant, PREMIER POWER RENEWABLE ENERGY, INC. ("Premier Power"), on August 14, 2014 the *Clerk's Certificate of Entry of Default* was entered by the Court. (Document 8.) On November 2, 2015, Platte River filed an *Application for Default Judgment* against Premier Power. (Documents 49 – 49-4.) On December 14, 2015, the Court entered a *Minute Order* wherein the Court ordered the *Application for Default Judgment* submitted without appearance and without argument, and vacated the hearing date. (Document 54.)

3. The *Application for Default Judgment* is unopposed, and is pending before Magistrate Judge Edmund F. Brennan. Assuming that the Court grants the relief requested in the unopposed *Application for Default Judgment*, Platte River will be in a position to dismiss the remaining causes of action against the Marks, and have judgment entered against the Marks and Premier Power.

4. Counsel for the parties have met and conferred in connection with the preparation of this Stipulation and agree that continuing the Final Pretrial Conference and the Trial is in the interests of judicial economy and in the best interest of the parties.

5. This is the first request to continue the trial.

6. Accordingly, the parties seek to modify the Scheduling Order (Document 41) to continue the pretrial conference and trial date as follows:

- Continue the Final Pretrial Conference set for January 19, 2016, at 2:00 p.m., until **March 14, 2016, at 1:30 p.m.**; and
- Continue the Trial set for March 22, 2016, at 9:00 a.m., until **April 19, 2016, at 9:00 a.m.**

**IT IS SO STIPULATED.**

Dated: January 11, 2016                                WOLKIN • CURRAN, LLP

                                                By:        */s/ James D. Curran*
                                                       James D. Curran
                                                       Attorneys for Plaintiff
                                                       PLATTE RIVER INSURANCE COMPANY


Dated: January 11, 2016                                SLATER HERSEY & LIEBERMAN, LLP
                                                       *(as authorized 01/11/2016)*
                                                By:        */s/ Mark K. Slater*
                                                       Mark K. Slater
                                                       Attorneys for Defendants
                                                       DEAN RICHARD MARKS and
                                                       SARILEE MARKS


## ORDER

Based on the foregoing stipulation between Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River") on the one hand, and Defendants DEAN RICHARD MARKS and SARILEE MARKS (collectively, "Defendants") on the other hand, and good cause appearing therefor, the Court orders as follows:

The Scheduling Order (Document 41) is modified as follows:

- Continue the Final Pretrial Conference set for January 19, 2016, at 2:00 p.m., until **March 14, 2016, at 1:30 p.m.**; and

- Continue the Trial set for March 22, 2016, at 9:00 a.m., until **April 19, 2016, at 9:00 a.m.**

**IT IS SO ORDERED.**

**Dated: January 11, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE