James D. Curran, Esq.  (SBN 126586)
Shashauna Szczechowicz, Esq.  (SBN 249102)
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
E-mail:  JCurran@wolkincurran.com
E-mail:  SSzczechowicz@wolkincurran.com

Attorneys for Plaintiff
PLATTE RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>Defendants. | Case No. 2:14-CV-01666-WBS-EFB<br><br>**STIPULATION FOR DISMISSAL OF SPECIFIC CLAIMS IN PLAINTIFF'S COMPLAINT; and [~~PROPOSED~~] ORDER** |

TO THIS HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), the parties to this action, PLATTE RIVER INSURANCE COMPANY ("Platte River"), DEAN RICHARDS MARKS, and SARILEE MARKS ("Defendants"), by and through their counsel of record, hereby stipulate to the dismissal, <u>without prejudice</u>, of the following claims for relief set forth in Platte River's Complaint (ECF No. 1):  Second Cause of Action (specific

1.

performance); Third Cause of Action (injunctive relief); and Fourth Cause of Action (*quia timet*).  All parties to bear their own costs and attorneys' fees with respect to the causes of action being dismissed.

**IT IS SO STIPULATED.**

Dated:  March 14, 2016                                    WOLKIN • CURRAN, LLP

                                                By:      */s/ James D. Curran*
                                                         James D. Curran
                                                         Attorneys for Plaintiff
                                                         PLATTE RIVER INSURANCE COMPANY

Dated:  March 14, 2016                                    SLATER HERSEY & LIEBERMAN, LLP

                                                By:      */s/ Mark K. Slater (as authorized)*
                                                         Mark K. Slater
                                                         Attorneys for Defendants
                                                         DEAN RICHARD MARKS and
                                                         SARILEE MARKS

### ORDER

Based on the foregoing stipulation between Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River") on the one hand, and Defendants DEAN RICHARD MARKS and SARILEE MARKS (collectively, "Defendants") on the other hand, and good cause appearing therefor, the Court orders the dismissal, <u>without prejudice</u>, of the following claims for relief set forth in Platte River's Complaint (ECF No. 1):  Second Cause of Action (specific performance); Third Cause of Action (injunctive relief); and Fourth Cause of Action (*quia timet*).  All parties to bear their own costs and attorneys' fees with respect to the causes of action being dismissed.

**IT IS SO ORDERED.**

Dated:  March 14, 2016                       _____
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE