James D. Curran, Esq.  (SBN 126586)
Wolkin · Curran, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:     (415) 982-4328
E-mail:         jcurran@wolkincurran.com

Attorneys for Plaintiff
PLATTE RIVER INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>             Plaintiff,<br><br>      v.<br><br>PREMIER POWER RENEWABLE ENERGY, INC., a California corporation; DEAN RICHARDS MARKS, an individual; and SARILEE MARKS, an individual,<br><br>             Defendants. | Case No. 2:14-CV-01666-WBS-EFB<br><br>**JUDGMENT** |

On December 9, 2015, the Court entered an *Order Re Motion for Partial Summary Judgment*, wherein the Court granted partial summary judgment in the amount of **$1,334,701.14** in favor of Plaintiff PLATTE RIVER INSURANCE COMPANY ("Platte River"), and against Defendants DEAN MARKS and SARILEE MARKS, on Platte River's first cause for breach of the indemnity contract.  (ECF No. 53.)

On February 8, 2016, the Court entered an *Order* against Defendant PREMIER POWER RENEWABLE ENERGY, INC. for the following:

1.

1)     The findings and recommendations filed January 20, 2016, are adopted in full;
2)     Plaintiff's application for default judgment (ECF No. 49) is granted; and
3)     Judgment is entered against defendant Premier Power Renewable Energy, Inc., jointly and severally, in the amount of **$1,334,701.14**.

(ECF No. 60.)

On that basis, and good cause appearing therefor, **JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff PLATTE RIVER INSURANCE COMPANY and against Defendants PREMIER POWER RENEWABLE ENERGY, INC., DEAN RICHARDS MARKS, and SARILEE MARKS, jointly and severally, in the amount of **$1,334,701.14**.

Dated: March 22, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE